No. 04-01-00154-CV



IN RE Dale L. VAUGHN,





From the 226th Judicial District Court, Bexar County, Texas


Trial Court No. 1996-CR-2680


Honorable Sid L. Harle, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: March 30, 2001


PETITION FOR WRIT OF MANDAMUS DENIED


 On February 23, 2001, relator filed a petition for writ of mandamus. On March 8, 2001, real
party in interest filed a response. This court has determined that the relator is not entitled to the relief
sought. Therefore, the petition is DENIED. Tex. R. App. P. 52.8(a). 

 PER CURIAM

DO NOT PUBLISH